IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 3:16cr40DPJ-FKB

KHALIL SLAYTON
JEROME BENAMON
EDWARD JAMES MOBLEY

MOTION TO WITHDRAW AS COUNSEL

Attorney Michael D. Wilson hereby requests permission to withdraw as counsel for the Defendant, Jerome Benamon. Due to attorney's acceptance of a position with the State Attorney General's Office, a conflict of interest has arisen which precludes the attorney from continuing to act as counsel for Jerome Benamon. The attorney requests that Jerome Benamon be allowed thirty (30) days to obtain counsel, and to stay the case during this time so that new counsel has time to request, review and answer any discovery outstanding.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Michael D. Wilson respectfully requests an order allowing him to withdraw as counsel for Jerome Benamon and granting Jerome Benamon thirty (30) days to obtain counsel and stay the case until new counsel has been hired.

Respectfully submitted on the 22nd day of February, 2017.

/s/ **MICHAEL D. WILSON**
MICHAEL D. WILSON
Attorney for Defendant,
JEROME BENAMON

1

## **CERTIFICATE OF SERVICE**

I, MICHAEL D. WILSON, Attorney for Defendant JEROME BENAMON, do hereby certify that I have this date filed the foregoing Motion To Withdraw As Counsel with the Clerk of the Court using the ECF system that automatically notifies and provides a copy of same to all interested parties and that the Defendant, JEROME BENAMON, was severed a copy of this Motion To Withdraw As Counsel.

SO CERTIFIED this 22nd day of February, 2017.

/s/ **MICHAEL D. WILSON**
MICHAEL D. WILSON

Michael D. Wilson
The Law Office of Michael D. Wilson, PLLC
520 E. Pass Road, Suite I
Gulfport, MS 39507
228-265-9470 (voice)
877-742-3929 (fax)
mdwilson@mdwilsonlawfirm.com