

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:16-cr-40-DPJ-FKB

**KHALIL SLAYTON et al**

### AGREED ORDER AUTHORIZING DISCLOSURE OF SEALED REPORTS AND PLEA DOCUMENTS TO DEFENSE COUNSEL

This cause is before the Court on the motion of the defendants Edward James Mobley and Jerome Benamon to allow their attorneys to obtain copies of (1) the Psychiatric Report submitted to this Court as Docket No. 55, coupled with any and all attachments, including, but not limited to the Addendum to Forensic Report and the letter from Warden Owens; and (2) the Plea Supplement of defendant Khalil Slayton. In consideration of this motion, the Court is advised that Counsel for defendant Slayton and for the government do not object to allowing counsel for Benamon and Mobley to have access to these documents, subject to the Discovery Order entered in this case on June 10, 2016. Accordingly, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that counsel for defendants Mobley and Benamon are hereby allowed to obtain copies of (1) the Psychiatric Report submitted to this Court as Docket No. 55, coupled with any and all attachments, including, but not limited to the Addendum to Forensic Report (#1) and the letter from Warden Owens (#2); and (2) the

Plea Supplement of defendant Khalil Slayton, subject to the Discovery Order entered in this case on June 10, 2016, which sets forth the limitations on reproduction of these materials. Consistent with the Discovery Order, Counsel for Benamon and Mobley are instructed to maintain the records and their content in strict confidence, except as necessary for purposes of this case. Moreover, nothing in this Order precludes the government from objecting to the admissibility of these documents or any information contained therein at trial.

SO ORDERED this the 27 day of October, 2017.

Honorable Daniel P. Jordan, III
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Michael L. Scott
Michael L. Scott (MB #101320)
Counsel for Edward James Mobley

/s/ F. Hall Bailey
F. Hall Bailey (MB #1688)
Counsel for Jerome Benamon

/s/ David H. Fulcher
David H. Fulcher (MB #10179)
Assistant United States Attorney