UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                            CRIMINAL NO. 3:16-CR-40-DPJ-FKB

KHALIL SLAYTON, JEROME BENAMON,
AND EDWARD JAMES MOBLEY

ORDER

Defendants Jerome Benamon and Edward James Mobley have jointly moved [90, 95] for production of the Presentence Investigative Report ("PSR") of co-defendant Khalil Slayton. The motion is denied without prejudice.

PSR's are generally confidential. *United States v. Jackson*, 978 F.2d 903, 909 (5th Cir. 1992). But portions of such reports can be produced to the extent they contain "exculpatory or impeachment material . . . ." *Id.* Accordingly, Courts must "examine the report *in camera* and release any exculpatory or impeachment material to the defendant while protecting the confidentiality of the rest of the report." *Id.*

In the present case, the Court consulted with the United States Probation Officer and was informed that no PSR has been prepared for Defendant Slayton at this time. Once a report is prepared, it will go through the normal objection process whereby the parties may contest what is reported. Accordingly, there is currently no PSR to review *in camera*. Defendants' motions [90, 95] are therefore denied without prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of November, 2017.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE